762 A.2d 1082

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**David DUNCAN, Petitioner.**

Supreme Court of Pennsylvania.

Nov. 16, 2000.

## *ORDER*

PER CURIAM:

**AND NOW,** this 16th day of November, 2000, the Petition for Allowance of Appeal is hereby GRANTED, limited to the following issues:

a. Whether a bank customer's name and address fall within the scope of protection of Article 1, § 8 of the Pennsylvania Constitution as defined by this court in *Commonwealth v. DeJohn,* 486 Pa. 32, 403 A.2d 1283 (1979).

b. Whether a bank customer may rely on the belief that privacy in his bank records pursuant to *DeJohn* extends to his name and address.